George J. Franks, Plaintiff-Appellant, v. Paul Shemneck, et al., Defendants, Paul Shemneck and Marge Malmin, Appellees.

Gen. No. 49,560.

First District, Second Division.
June 15, 1965.

Irving Eisenberg, of Chicago, for appellant; Kamenear and Blumenthal, of Chicago (Bernard Kurlan, of counsel), for appellees. Opinion by JUSTICE LYONS. **Not to be published in full.**